PER CURIAM.

(No. 74-CC-830—

BENCK TURF NURSERY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed August 29, 1974.*

BENCK TURF NURSERY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.